UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :

LISANDRA DIAZ,
                                              :

                  Plaintiff,               **REVISED SCHEDULING ORDER**
                                              :

            v.                                     20 Civ. 10219 (LJL) (KNF)

                                              :

COMMISSIONER OF SOCIAL SECURITY,
                                              :

                  Defendant.
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY ORDERED, that the schedule for this case is amended as follows:

1. The government's brief shall be filed by February 15, 2022.

2. Plaintiff's reply brief, if any, shall be filed by March 8, 2022.

So Ordered.

Dated:     New York, New York

            December 15, 2021

                                          *Kevin Nathaniel Fox*
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE